**FILED**
June 16, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:08-mj-214 KJM
        Plaintiff,                )
v.                                )   ORDER FOR RELEASE
                                  )   OF PERSON IN CUSTODY
Robert Martinson,                 )
                                  )
        Defendant.                )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __Robert Martinson__ Case 2:08-mj-214 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        ___  Release on Personal Recognizance

        ___  Bail Posted in the Sum of _____

        _X_  Unsecured bond in the amount of 150,000 co-signed by defendant's wife

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond secured by Real Property

        ___  Corporate Surety Bail Bond

        _X_  (Other) PTS conditions/supervision:

Issued at __Sacramento, CA__ on __6/16/08__ at __2:35 p.m.__

By _____
   Kimberly J. Mueller,
   United States Magistrate Judge